# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BEAZER HOMES USA, INC., <br><br> Plaintiff, <br><br> - *vs.* – <br><br> U.S. BANK NATIONAL ASSOCIATION and U.S. BANK TRUST NATIONAL ASSOCIATION, <br><br> Defendants. | Civil Action <br> File No. 1:07-CV-2006-JEC <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Beazer Homes USA, Inc. and defendants U.S. Bank National Association and U.S. Bank Trust National Association, hereby voluntarily dismiss the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties agree that the Court will not award any fees or costs in this action, and that this Stipulation shall not alter, prejudice or otherwise impair any rights of any party pursuant to the terms of the applicable indentures, including without limitation any rights of reimbursement for fees and costs.

Respectfully submitted, this 25th day of June 2008,

/s/Ronan P. Doherty
Emmet J. Bondurant
Georgia Bar No. 066900
Ronan P. Doherty
Georgia Bar No. 224885
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia  30309
(404) 881-4100


David G. Januszewski
(admitted pro hac vice)
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York  10005
(212) 701-3000

Attorneys for the Plaintiff

/s/Donald A. Loft
Donald A. Loft
Georgia Bar No. 455706
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia  30326
(404) 233-7000

Ira H. Goldman
(admitted pro hac vice)
Julie A. Manning
(admitted pro hac vice)
Shipman & Goodwin LLP
One Constitutional Plaza
Hartford, Connecticut 06103
(860 251-5000

Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Donald A. Loft
> dloft@mmmlaw.com
>
> Ross A. Albert
> ralbert@mmmlaw.com

I further certify that I have served by United States Postal Service the document and Notice of Electronic Filing on the following non-CM/ECF participants, as follows:

| | |
|---|---|
| Frank W. DeBorde<br>MORRIS, MANNING & MARTIN, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta, Georgia  30326 | Ira H. Goldman<br>Julie A. Manning<br>SHIPMAN & GOODWIN LLP<br>One Constitution Plaza<br>Hartford, Connecticut 06103 |

/s/Ronan P. Doherty
Ronan P. Doherty
Georgia Bar No. 224885